NUMBER
13-01-687-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

                 IN THE ESTATE OF ELOISE SWEENEY, DECEASED

____________________________________________________________________

 

                 On appeal from the County Court at Law No. One 

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

          Before
Chief Justice Valdez and Justices Dorsey and Rodriguez

Opinion
Per Curiam

 








Appellant, Thomas H. Sweeney, perfected an appeal from
a judgment entered by the County Court at Law No. One of Cameron
County, Texas, in cause number 2000-CPC-61-A.  After the record and briefs were filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that an order setting aside the August
31, 2001 order sealing inventory, appraisement and list of claims was entered
on October 18, 2002.   Appellant requests
that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 7th day
of November, 2002.